## Alleanza Italiana, Corporation, Appellee, v. Carmela Papa, Appellant.

### Gen. No. 22,508.    (Not to be reported in full.)

Interlocutory appeal from the Superior Court of Cook county; the Hon. CHARLES M. FOELL, Judge, presiding. Heard in this court. Affirmed. Opinion filed May 1, 1916. Rehearing denied May 15, 1916.

### Statement of the Case.

Bill of interpleader by Alleanza Italiana, a corporation, complainant, against Carmela Papa and others, defendants.

It appeared that the complainant is a benevolent association which insured the life of Vincenzo di Bernardino and issued a certificate for $1,000 thereon, in which the defendant Carmela Papa was named as beneficiary. Vincenzo di Bernardino died and Carmela Papa commenced suit in the Municipal Court of Chicago against complainant and obtained judgment against it for $1,000, the amount of the certificate.

Vincenzo di Bernardino left a son, the defendant Tarquinius di Bernardino, who asserted a claim and interest in the money due upon the certificate, and W. M. Johnston and W. S. Johnston claimed $65 of that amount.

Complainant filed the bill of interpleader, making all the claimants to the fund parties and offered to bring the amount of the certificate into court to be paid out to such of the parties as the court might on a hearing find entitled to it. Complainant prayed that the enforcement of the judgment be enjoined until the rights of the parties could be adjudicated, and the court granted the injunction prayed, from which order Carmela Papa appeals.

The injunction was granted upon the face of the bill,

there being no other pleading in the record at the time than the verified bill.

A. G. DICUS, for appellant.

JOHN DE GRAZIA, for appellee.

MR. JUSTICE HOLDOM delivered the opinion of the court.

### Abstract of the Decision.

1. INJUNCTION, § 384*—*what considered on interlocutory appeal from injunction.* On an appeal from an injunction against the enforcement of a judgment until the rights of the parties to an action can be adjudicated, such injunction being granted on the face of the bill, the Appellate Court will not pass upon the sufficiency of the bill or whether it will be obnoxious to a demurrer if one were interposed.

2. INTERPLEADER, § 2*—*when properly maintainable in action on insurance certificate.* A bill of interpleader may be maintained in an action on an insurance certificate where there are conflicting claimants to the money involved, notwithstanding one of the claimants may have prosecuted his claim to judgment, and equity will restrain the enforcement of the judgment until it can adjudicate upon the conflicting claims.

3. INJUNCTION, § 206*—*when evidence sufficient to support injunction against enforcement of judgment.* On a bill of interpleader in an action on an insurance certificate to enjoin the enforcement of a judgment until the rights of the parties to the money involved can be adjudicated, evidence examined and *held* to warrant an injunction restraining enforcement of the judgment against the insurer.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.